rec'd 2.17.06

GUARANTEE AGREEMENT

THIS AGREEMENT is made and entered into as of the 19 day of June, 2004 by and between INTERNATIONAL SOURCING AND MARKETING, LTD., a Rhode Island corporation with its principal place of business at 940 Waterman Avenue, East Providence, Rhode Island 02914 ("ISM"), and RED BOARD, LTD., a Hong Kong corporation, together with it's parent company Sametime Holdings, Ltd., A Hong Kong corporation with a primary place of business at Block 1 Kingsford Industrial Building, 26-32 KWAI Hei St., Kwai Chung, NT, Hong Kong and together with all affiliates, successors and assigns thereof, collectively "Principal").

WITNESSETH:

WHEREAS, ISM and Principal entered into a Sales Representative Agreement (the "Sales Representative Agreement") as of June 1, 2002 for the purpose of, among other things, prescribing the terms and conditions whereby ISM would act as a sales representative of Principal responsible for soliciting orders and marketing products ("Products") to certain entities ("Customers"), and whereby Principal would be responsible for the design, development, supply and production of such Products; and

WHEREAS, the Principal is responsible to provide design, development and production of the products and a stable production environment is required to insure fulfillment of these responsibilities; and

WHEREAS, the Principal has taken action to in effect simultaneously terminate the operational management team of Redboard including CY Ng--Quality director, David Yau—General Manager, and Yi Nan Wang—Marketing manager;

WHEREAS, as a result of the Principals action to simultaneously terminate the Operational Management Team, subordinate employees are expected to resign soon thereafter;

WHEREAS, the Redboard Operational management team and their subordinates, herein referred to as ("the Team") are critical to the successful operation of the factory and their simultaneous departure will result in a condition that threatens the Principals ability to perform it's responsibilities under the Sales Representative Agreement and the risk associated with the termination action is so significant that the ultimate viability of Redboard is in jeopardy;

WHEREAS, the Principal has not presented to ISM any evidence of any actions taken by the team that justify the simultaneous termination while the factory has performed at record levels under the management of the Team;

WHEREAS, the Principal has other options to make management team changes without the need for a simultaneous termination but chooses to not pursue these options;



KRP pg 1/4

WHEREAS, the Principal requests that ISM continue to support the Company and assist in the retention of employees, and Customers,

NOW, THEREFORE, in consideration of the mutual covenants and promises contained herein and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties hereto agree as follows:

Section 1. Trigger Event: Each of the following events is hereinafter referred to as a "Trigger Event":

(a) Customer delivery requirements fail to be met as the direct or indirect result of Principal's business operations being closed, suspended or restricted by action of any Chinese court, government or governmental or regulatory agency, authority, entity or instrumentality (collectively, "Chinese Governmental Entity"); or

(b) Customer delivery requirements fail to be met as the direct or indirect result of (i) the failure of Principal to secure necessary licenses or permits, (ii) the failure of Principal to be in compliance with any order, regulation or law of any Chinese Governmental Entity, or (iii) the imposition of restrictions on the importation of raw materials into China and/or the exportation of Products out of China.

(c) Management instability directly or indirectly results in any one of the following events which will have a severe impact on ISM business:

i) Disqualification or reduction in orders by any ISM customers which represent over 10% of the total ISM sales, or

ii) Loss or suspension of any key industry certification including ISO 9000, ISO 14001, QS9000, or

iii) Net factory Production output is reduced below 2.4 million square feet for any calendar quarter.

Upon the occurrence of any Trigger Event and the receipt by Principal of written notice thereof from ISM, Principal shall immediately pay to ISM as liquidated damages an amount equal to the aggregate sum of commissions earned by ISM during the twelve-month period immediately preceding the date of occurrence of the Trigger Event. The parties agree that the occurrence of a Trigger Event will cause serious financial consequences to ISM and that the amount of the liquidated damages is not a penalty but is an adequate measure of damages in the event of such an occurrence. The parties hereto hereby agree the rights of ISM described in this Paragraph 2 shall not in any way affect other rights and remedies available to ISM under the Sales Representative Agreement or at law."

Section 2. Definitions. Any terms not defined herein shall have the meaning given such terms in the Sales Representative Agreement.

Section 3. Ratification of the Sales Representative Agreement. The parties hereto hereby ratify and confirm the Sales Representative Agreement as amended and agree the Sales Representative Agreement shall remain in full force and effect.

Section 4. Law Governing. This Guarantee Agreement shall be governed by and construed in accordance with the laws of the State of New York, United States.

Section 5. Counterparts. This Guarantee Agreement may be executed by way of facsimile transfer and simultaneously with one or more counterparts thereof, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

Section 6. Headings. The section and paragraph headings herein are for convenience of reference only and shall not affect the construction of the provisions contained herein.

Section 7. Parties to the Agreement: It is understood that the Principal has made modifications to it's corporate structure and that more changes are likely. It is expressly acknowledged and agreed that all activities related to printed circuit boards engaged in by the Principal, its successors, assigns, affiliates, officers and directors are specifically subject to the terms of the Sales Representation Agreement and this Guarantee Agreement.

KRP
Pg 3/4

hop pg 3/4

IN WITNESS WHEREOF, the parties hereto have executed this Guarantee Agreement as of the date first set forth above.

WITNESS:

610102197410052318

SHIU MAN CHING
G596211(A)

COMPANY:

**International Sourcing and Marketing, Ltd.**

By:________________________
Kenneth R. Palumbo,
President

**Red Board, Ltd.**

By:________________________
Yip, Sum Yin ( Sammy Yip)
Managing Director

**Sametime Holdings, Ltd.**

By:________________________
Yip, Sum Yin (Sammy Yip)
Chairman

By:________________________
Yip, How-Yin (Maurice Yip)
Chief Executive Officer