AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

INTERNATIONAL SOURCING & MARKETING

**APPEARANCE**

V.

RED BOARD, LTD. and SAMETIME HOLDINGS, LTD.

Case Number: 06-74ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
Plaintiff, International Sourcing and Marketing

I certify that I am admitted to practice in this court.

June 30, 2006
Date Format m/d/yyyy

Signature [signature]

MARTA ERIN GARRETT 7130
Print Name Bar Number

SAMMARTINO & BERG, 128 Dorrance Street, Ste. 400
Address

Providence RI 02903
City State Zip Code

401-274-0113 401-274-0175
Phone Number Format (999) 999-9999 Fax Number Format (999) 999-9999