# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

International Sourcing
and Marketing

v. CA 06-074ML

Red Board, Ltd.
Safetime Holdings, Ltd.

## ORDER

The above-captioned case was filed on February 15, 2006 and the matter has been pending since without an answer having been filed and at least 120 days have passed.

It is now ORDERED that this action will be dismissed, as to the above-named defendants, without prejudice and without costs within 15 days for lack of prosecution, unless plaintiff can show good cause why the case should not be dismissed. Local Rule 21(b).

SO ORDERED:

Mary M. Lisi
U.S. District Judge
June 22, 2006

Entered as an Order of this Court on June 22, 2006

Deputy Clerk

# *Facsimile Cover Page*

***US District Court***
***District of Rhode Island***
***One Exchange Terrace***
***Federal Building & Courthouse***
***Providence, RI 02903***

## To:

Organization Name: SAMMARTINO AND BERG

Fax Number: 2740175

Phone Number:

## From:

Sender: Barletta, Barbara

Phone Number: 752-7204

Fax Number: 752-7247

> ***Note: You may send a Fax directly to your party by dialing:***
> ***752-7255#and then the last four digits of your party's phone number##***
> ***Example: 752-7255#7237##***
> ***Please remember the pound (#) symbols are important in routing the fax properly.***

**Total Number Pages including cover:** 2

## Message: