UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

INTERNATIONAL SOURCING & MARKETING

v. CA 06-074 ML

RED BOARD, LTD
SAMETIME HOLDINGS, LTD

ORDER

On June 22, 2006, this Court issued an Order for Plaintiff to show cause why the complaint should not be dismissed for lack of prosecution. In response, Plaintiff filed its Motion to Establish Good Cause. Plaintiff advises that because both Defendants are foreign corporations, the 120-day limitation set forth in Fed. R. Civ. P. 4(m) does not apply. Plaintiff, however, does not say what efforts, if any, it has undertaken to effectuate service on these Defendants since it filed its complaint in this District on February 15, 2006. Of note, Plaintiff states that it will engage in mediation of this dispute with Defendants in New York City on July 12-13, 2006. Further, if the mediation effort fails, Plaintiff advises that the parties "will engage in arbitration in early 2007."

While this Court agrees that the 120-day limitation set forth in Fed. R. Civ. P. 4(m) is not applicable to Plaintiff's lawsuit against these Defendants, Plaintiff has not stated what efforts, if any, it has made to make service on Defendants. Once Plaintiff commences a lawsuit, it bears the responsibility of moving the action forward.

The Court is not completely satisfied that Plaintiff has actively taken steps to effectuate service. Accordingly, Plaintiff's Motion is granted only in part. Plaintiff shall

effectuate service on Defendants withing 60 days of the date of this Order. Upon making such service, Plaintiff shall notify the Court.

Failure to comply with this Order will result in the matter being dismissed.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
United States District Judge
July 6, 2006