UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

INTERNATIONAL SOURCING &
MARKETING, LTD.,
Plaintiff

v. C.A. No. 06-74ML

RED BOARD LTD., and
SAMETIME HOLDINGS,
LTD.,
Defendants

**WITHDRAWAL OF COMPLAINT**

**NOW COMES** plaintiff, International Sourcing & Marketing, Ltd., and, in light of the settlement of all of its claims asserted in the above-captioned lawsuit, hereby withdraws its complaint with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

Respectfully submitted,

INTERNATIONAL SOURCING &
MARKETING,
By Its Attorneys,

/s/Catherine A. Sammartino

Catherine A. Sammartino
R.I. Bar No. 4754
Sammartino & Berg LLP
Shakespeare Hall
128 Dorrance Street, Suite 400
Providence, RI 02903
(401) 274-0113
(401) 274-0175 fax
cas@sbllp.net

Dated: August 30, 2006